# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 3:26-cr-15-JEP-PDB

ANNY CHEN,
     *a/k/a* Qianhua Chen
SHA VIE,
LINLIN WANG,
JIAWEI CHEN,
     *a/k/a* Gary,
YAFENG DENG,
HAILING FENG,
     *a/k/a* Helen Feng,
KIAH HOLLY,
XIONGHU FANG,
TAO FAN,
JADEN BULLION,
KIN MAN CHEOK,
     *a/k/a* Bruce,

_____

## <u>ORDER</u>

Pursuant to Local Rule 1.07(a)(2)(A), it is

**ORDERED:**

This case is hereby **TRANSFERRED** to the Honorable Harvey E. Schlesinger, with his consent, for all further proceedings.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of February, 2026.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

tl.
Copies:

Honorable Harvey E. Schlesinger, Senior U.S. District Judge
Counsel of Record